

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2019

No. 04-19-00132-CV

**WE DELIVER, INC**. and We Deliver, Inc. d/b/a Wok this Way,
Appellants

v.

Edwin **CALDERON**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16309
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Appellant's brief was due on July 5, 2019. *See* TEX. R. APP. P. 38.6(a). Before the due date, Appellant filed an agreed first motion for an extension of time to file the brief until August 9, 2019.

Appellant's motion is GRANTED. Appellant's brief is due on August 9, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court